(No. 5678-)

AMERICAN LIMB AND ORTHOPEDIC COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed November 11, 1969.*

AMERICAN LIMB AND ORTHOPEDIC COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5091-)

MELVIN H. SHOOK, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 18, 1969.*

CLARENCE B. DAVIS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.

BOOKWALTER, J.

Claimant, Melvin H. Shook, seeks recovery in the sum of $15,000.00 as damages for the time he unjustly served in the Illinois State Prison. He was incarcerated from February 2, 1961, to September 28, 1962.

This cause of action arises under Section 8C of the Court of Claims Act, which states as follows: "All claims against the State for time unjustly served in prisons of this State where the persons imprisoned proved their innocence of the crime for which they were imprisoned; provided, the